PURO FILTER CORPORATION OF AMERICA, Appellant, v. BLANCHE TREMBLEY, Respondent.—

Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.